THE PEOPLE OF THE STATE OF NEW YORK ex rel. DANIEL NOBLE, Appellant, *v.* JOHN F. HYLAN et al., Composing the Board of Estimate and Apportionment of the City of New York, Respondents.

*Appeal — unanimous affirmance by Appellate Division of order denying motion for mandamus.*

*People ex rel. Noble* v. *Hylan*, 185 App. Div. 896, appeal dismissed.

(Submitted April 14, 1920; decided May 4, 1920.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered July 31, 1918, which unanimously affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the board of estimate and apportionment of the city of New York to fix the compensation for services performed and to be performed by relator (surrogate of Queens county) in connection with the drawing of jurors. Respondents contended that the order of the Appellate Division being unanimous, no constitutional question being involved and permission to appeal not having been obtained, the appeal should be dismissed.

*George E. Cogswell* for appellant.

*William P. Burr, Corporation Counsel* (*John F. O'Brien, William E. C. Mayer* and *John Lehman* of counsel), for respondents.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, MCLAUGHLIN, CRANE and ELKUS, JJ.